

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| The State of Texas, Appellant | Appeal from the County Court at Law No. 1 of Gregg County, Texas (Tr. Ct. No. 2018-1359). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating. |
| No. 06-18-00214-CR      v. | |
| Leon Gearhart, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, State of Texas, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 26, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk